

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00104-CV

**INTEREST OF J.M.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On June 16, 2022, we abated this appeal and remanded the cause to the trial court so that it could make a finding of whether there had been a material and substantial change of circumstances pursuant to section 161.004. On July 1, 2022, the court reporter filed a supplemental reporter's record of the trial court hearing. On July 11, 2022, the trial court clerk filed a supplemental clerk's record that included the trial court's Reformed Order Modifying Order of Termination.

We therefore REINSTATE this appeal on the docket of this court. We ORDER the above cause set for formal submission ON BRIEFS ONLY before this Court on **August 2, 2022** before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Patricia O. Alvarez and Justice Liza A. Rodriguez.

It is so **ORDERED** on July 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

